MARTIN J. LAWLER (CSBN 77127)
Lawler & Lawler
201 Filbert Street, Suite 400
San Francisco, California 94133
Telephone: (415) 391-2010
FAX: (415) 781-6181
Email: mlawler@aboutvisas.com
       mbayley@aboutvisas.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Chih Ling Chou | |
| Plaintiff, | Civil No. |
| v. | File No. A74 896 048<br>WSC*001861774 |
| Rosemary Melville, Director, U.S. Citizenship & Immigration Services, San Francisco, CA District Office | |
| Christina Poulos, Director, U.S. Citizenship & Immigration Service, California Service Center | COMPLAINT FOR DECLARATORY, JUDGMENT OF NATURALIZATION 8 USC §§1421(c); 1447(b) AND WRIT OF MANDAMUS |
| Emilio T. Gonzalez, Director U.S. Citizenship & Immigration Services, | |
| Michael B. Mukasey, Attorney General, U.S. Department of Justice | |
| Defendants. | |

This action is brought against Defendants to compel action on an Application for Naturalization filed by Chih Ling Chou with Defendants on June 12, 2007. Chou has been residing in the U.S. for about 10 years after having been admitted as a permanent resident. Chou

Complaint for Declaratory,
Injunctive and Mandamus Relief        Page 1

has had a dependent Petition to Remove Conditions on Residence pending with Defendants since October 28, 1999 which remains undecided.

## PARTIES

1. Plaintiff, Chih-Ling Chou, is a 27 year-old native and citizen of Taiwan and a conditional permanent resident of the United States who resides in the jurisdiction of this Court. Her petition to remove conditions on residency is part of her mother, Yuan Heng Hsu's application and has been pending with Defendants for over eight years. Plaintiff filed a naturalization application with Defendants which they refuse to adjudicate.

2. Defendant Rosemary Melville is the District Director of the San Francisco District office of the United States Citizenship and Immigration Services ("USCIS"), and is sued herein in her official capacity. The District Director is charged by law with the obligation of adjudicating naturalization applications within the San Francisco USCIS District pursuant to 8 USC §1421, 8 USC §1427, 8 CFR §103.1, 8 CFR §310.1 and 8 CFR §316.3. Plaintiff's naturalization applications remains pending at the USCIS office in San Francisco.

3. Defendant Christina Poulos is the Director of USCIS' California Service Center and is sued herein in her official capacity. Director Poulos is the official in charge of the Service Center where Plaintiff's naturalization application was properly filed.

4. Defendant Emilio T. Gonzalez, Director of USCIS, is an officer who oversees the activities of USCIS and is sued herein in his official capacity. Defendant is charged by law with the administration of benefits governed by the Immigration & Nationality Act pursuant to 8 USC §1421, 8 USC §1427, 8 CFR §103.1, 8 CFR §310.1 and 8 CFR §316.2.

5. Defendant Michael B. Mukasey, U.S. Attorney General, is an officer who oversees the activities of the USCIS and is sued herein in his official capacity. Defendant is charged by law with the obligation of providing information for naturalization applications filed with the USCIS pursuant to 8 USC §1421, 8 USC §1427, 8 CFR §103.1, 8 CFR §310.1 and 8 CFR §316.2.

## JURISDICTION

6. The Court has jurisdiction over the present action pursuant to 28 USC §1331, Federal Question Jurisdiction; 28 USC §2201, the Declaratory Judgment Act; 5 USC §701 *et. seq.*, the Administrative Procedures Act and 28 USC §1361 regarding an action to compel an officer of the United State to perform his or her duty. Relief is requested pursuant to 8 USC §1421(c) and §1447(b), providing *de novo* distant(?) jurisdiction after a naturalization application remains pending 120 days.

## VENUE

7. Venue is proper in this court pursuant to 28 USC §1391(e) which provides that a civil action against an officer or employee of the United States or any agency of the United States may be brought in the judicial district where the plaintiff resides. Plaintiff is a resident of the Northern District of California. USCIS and the Department of Homeland Security are agencies operating within this district.

## STATEMENT OF FACTS

8. Plaintiff's Declaration detailing the facts presented here is attached as Exhibit A. On November 10, 1997, Plaintiff was admitted to the United States as a conditional permanent resident. She is a derivative beneficiary of her mother's approved petition for classification in the employment-based fifth-preference (EB-5) investor visa category.

Complaint for Declaratory,
Injunctive and Mandamus Relief          Page 3

9. On October 28, 1999, Plaintiff's mother timely filed a Petition by Entrepreneur to Remove Conditions, Form I-829, which included Plaintiff as a dependent. The application receipt is attached as Exhibit B. This application has not been adjudicated in the eight years it has remained pending.

10. On June 12, 2007, Plaintiff filed an application for naturalization, Form N-400, with the USCIS. Her receipt notice is attached as Exhibit C.

11. As instructed by USCIS, Plaintiff appeared for biometrics on July 19, 2007. *See* Exhibit D.

12. Plaintiff was scheduled on November 9, 2007 by USCIS to appear for an interview on her naturalization application at its San Francisco, California office. On October 26, 2007, USCIS sent a notice canceling Plaintiff's interview "due to unforeseen circumstances." These notices are included as Exhibit E. USCIS has not rescheduled Plaintiff's interview.

13. Plaintiff as an EB-5 conditional resident is "lawfully admitted to the United States for permanent residence." 8 USC §11866(e). Plaintiff has resided in the United States as a permanent resident for over five years. According to the plain language of the statute, Plaintiff is eligible for naturalization.

14. Despite eligibility for naturalization, Plaintiff's application remains unadjudicated and it may remain undecided for years. Defendants have had all the information required to adjudicate Plaintiff's application since it was filed.

## CAUSE OF ACTION

15. Defendants have arbitrarily, willfully and unreasonably refused to adjudicate Plaintiff's naturalization application. The Defendants have a statutory obligation to decide naturalization applications within 120 days. 8 USC §1442(b). The Defendants also have a statutory duty to

decide conditional residence removal applications within 90 days of filing. 8 USC §1186(c)(3)(A)(ii).

16. Defendants owe Plaintiff a duty to adjudicate her applications and have unreasonably failed to perform that duty. Defendant's failure to do so has denied Plaintiff's her rights under 8 USC §1421 and 8 USC §1447. Defendants' refusal to act in this case is also arbitrary and not in accordance with the law and USCIS regulations.

17. Plaintiff has been and will continue to be damaged by Defendants' failure to act. The insecurity of her current status causes Plaintiff significant stress. Every year that her application is not adjudicated, Plaintiff must make an appointment and appear in person at a USCIS office to have her temporary evidence of lawful permanent resident status stamp renewed.

18. This delay deprives Plaintiff the benefit of becoming a full Lawful Permanent Resident and citizen of the United States and the benefit of the peace of mind she is entitled to. She also wants to be able to vote in elections. Moreover, the pilot program established by Congress that Plaintiff's mother invested under is set to expire on October 1, 2008. *See* PL 108-156, 117 Stat. 1944 (Dec. 3, 2003). It is not yet known if the program will be extended or if Plaintiff will still be able to remove the conditions on her residency if the program is not extended.

19. The Defendants, in violation of the Administrative Procedures Act, 5 USC §§555(b), 701 *et. seq.*, are unlawfully withholding and unreasonably delaying action on Plaintiff's naturalization application.

20. Defendants' inaction represents a denial of Plaintiff's application, and this Court may after it has been pending 120 days review the application *de novo* under 8 USC §1421(c) and §1447(b).

Complaint for Declaratory,
Injunctive and Mandamus Relief         Page 5

21. Plaintiff desires a judicial determination of her naturalization application and a declaration that she is entitled to be naturalized as a citizen of the United States.

WHERFORE, Plaintiff prays that:

22. The Court will hear Plaintiff's case and enter an order requiring Defendants to adjudicate Plaintiff's application for naturalization.

23. In the alternative, remand this matter with instructions to USCIS to complete the adjudication of Plaintiff's applications within 30 days, and if this is not accomplished, resume jurisdiction and set a hearing to naturalize her.

24. The Court grant Plaintiff reasonable attorney's fees and such further relief as may be just, lawful and equitable.

DATED: March 31, 2008

Respectfully submitted,

_____
MARTIN J. LAWLER

## Declaration

I, Chih-Ling Chou, hereby declare as follows:

1. My name is Chih-Ling Chou. I also use the name Lydia. I reside at 49 Zoe Street, Apt. 3, San Francisco, CA 94107. I am a citizen of Taiwan and a conditional permanent resident of the United States. I make this Affidavit in support of a court action so I may become a U.S. citizen.

2. I came to the U.S. with my mother, who invested a substantial amount of money in an American business and applied for an immigrant visa through the "EB-5" investor visa program. With my mother on November 19, 1997, I became a conditional permanent resident of the United States. Since becoming a conditional permanent resident, I have lived in the United States except for short trips abroad. I have attended Columbia University and the Parsons School of Design. I now work as an Architect at a firm in Burlingame, CA.

3. On October 28, 1999, my mother filed a petition with the Immigration and Naturalization Service, now named the U.S. Citizenship and Immigration Services ("USCIS") to remove the conditions on our residency. This application remains pending with USCIS. Every year, I must go to a USCIS local office and have a stamp placed in my passport that is temporary evidence of my lawful permanent resident status.

4. On June 12, 2007, I filed an application for naturalization with the USCIS. As instructed, I had my biometrics taken on July 19, 2007. On September 18, 2007, USCIS sent me a notice scheduling me for an interview on November 9, 2007, at the San Francisco USCIS office. On October 26, 2007, the San Francisco USCIS office issued a

notice cancelling my naturalization interview "due to unforeseen circumstances." I have not received a new interview notice.

5. Although I have done everything the government requested, my applications remain undecided and to the best of my knowledge, could remain undecided for years.

6. I feel powerless to do anything to get the government to decide my application. I want to be a U.S. citizen so I can fully participate in civic life by voting and to enjoy all the freedom and privileges citizenship brings. Not being secure in the U.S. is causing me stress. I am especially concerned knowing that the EB-5 regional center statute sunsets on September 30, 2008.

Everything in this declaration is true and correct.

_3/31/08_  
Date

_[signature]_  
Chih-Ling Chou

U.S. Department of Justice
Immigration and Naturalization Service

Notice of Action

# THE UNITED STATES OF AMERICA

| RECEIPT NUMBER | CASE TYPE |
|---|---|
| SRC-00-033-00009 | FORM I829 |
| A 74896046 | PETITIONER: YUAN HENG CHOU |
| NOTICE DATE: 10/28/1999 | PAGE: 1 OF 1 |
| | BENEFICIARY: |

Y. CHOU
1712 NEW HAMPSHIRE AVE NW
WASHINGTON DC 20009

RECEIPT NOTICE

***** THE ABOVE RECEIPT NUMBER MUST ACCOMPANY ALL INQUIRES !! *****

RECEIVED  $345.00 IN THE FORM OF PERSONAL CHECK
FROM:                         IMMIGRATION LAW

YOUR ALIEN CARD IS EXTENDED 12 MONTHS - EMPLOYMENT AND TRAVEL AUTHORIZED. PROCESSING YOUR FORM WILL REQUIRE A MINIMUM OF 120 DAYS. IF YOU HAVE NOT HEARD FROM US WITHIN SIX (6) MONTHS, THEN YOU MAY CONTACT THIS OFFICE.

You will be notified separately about any other cases you have filed.

IMMIGRATION & NATURALIZATION SERVICE
TEXAS SERVICE CENTER
P.O BOX 851488    DEPT A
MESQUITE     TX 75185-1488
Customer Service Telephone: 214-381-1423

Department of Homeland Security
U.S. Citizenship and Immigration Services

**I-797C, Notice of Action**

# THE UNITED STATES OF AMERICA

| | |
|---|---|
| Receipt | NOTICE DATE: June 27, 2007 |
| CASE TYPE: N400 Application For Naturalization | USCIS A#: A 074 896 048 |
| APPLICATION NUMBER: WSC*001861774 | RECEIVED DATE: June 12, 2007 |
| PRIORITY DATE: June 12, 2007 | PAGE: 1 of 1 |

APPLICANT NAME AND MAILING ADDRESS
CHIH LING CHOU
c/o MARTIN LAWLER
LAWLER & LAWLER
201 FILBERT ST STE 400
SAN FRANCISCO CA 94133

PAYMENT INFORMATION:

Single Application Fee:    $400.00
Total Amount Received:    $400.00
Total Balance Due:           $0.00

The above application has been received by our office and is in process. Our records indicate your personal information is as follows:

Date of Birth:           July 29, 1980
Address Where You Live:  49 ZOE ST 3
                         SAN FRANCISCO CA 94107

Please verify your personal information listed above and immediately notify our office at the address or phone number listed below if there are any changes.

You will be notified of the date and place of your interview when you have been scheduled by the local USCIS office. You should expect to be notified within 460 days of this notice.

If you have any questions or comments regarding this notice or the status of your case, please contact our office at the below address or customer service number. You will be notified separately about any other cases you may have filed.

If you have other questions about possible immigration benefits and services, filing information, or USCIS forms, please call the USCIS National Customer Service Center (NCSC) at **1-800-375-5283**. If you are hearing impaired, please call the NCSC TDD at **1-800-767-1833**.

If you have access to the Internet, you can also visit USCIS at **www.uscis.gov**. Here you can find valuable information about forms and filing instructions, and about general immigration services and benefits. At present, this site does not provide case status information.

USCIS has a free booklet to help you study for the naturalization test. Ask about 'Learn About the United States: Quick Civics Lessons' when you go to have your fingerprints taken at the Application Support Center.

USCIS Office Address:
U.S. CITIZENSHIP AND IMMIGRATION SERVICES
CALIFORNIA SERVICE CENTER
P.O BOX 10400
LAGUNA NIGUEL CA 92607-

USCIS Customer Service Number:
(800) 375-5283

REPRESENTATIVE COPY

WSC$001974652



Department of Homeland Security
U.S. Citizenship and Immigration Services

**I-797, Notice of Action**

---

### THE UNITED STATES OF AMERICA

---

| Fingerprint Notification | | | NOTICE DATE<br>June 28, 2007 |
|---|---|---|---|
| CASE TYPE<br>N400   Application For Naturalization | | | USCIS A#<br>A 074 896 048 |
| APPLICATION NUMBER<br>WSC*001861774 | RECEIVED DATE<br>June 12, 2007 | PRIORITY DATE<br>June 12, 2007 | PAGE<br>1 of 1 |

APPLICANT NAME AND MAILING ADDRESS

CHIH LING CHOU
c/o MARTIN LAWLER
LAWLER & LAWLER
201 FILBERT ST STE 400
SAN FRANCISCO CA 94133

To process your application, USCIS must take your fingerprints and have them cleared by the FBI. PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER AT THE DATE AND TIME SPECIFIED. If you are unable to do so, complete the bottom of this notice and return the entire original notice to the address below. **RESCHEDULING YOUR APPOINTMENT WILL DELAY YOUR APPLICATION. IF YOU FAIL TO APPEAR AS SCHEDULED BELOW OR FAIL TO REQUEST RESCHEDULING, YOUR APPLICATION WILL BE CONSIDERED ABANDONED.**

| APPLICATION SUPPORT CENTER<br>CIS SAN FRANCISCO<br>250 BROADWAY STREET<br>SAN FRANCISCO CA 94111 | DATE AND TIME OF APPOINTMENT<br>07/19/2007<br>02:00 PM |
|---|---|

**WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR FINGERPRINTS TAKEN, YOU MUST BRING:**
1. **THIS APPOINTMENT NOTICE** and
2. **PHOTO IDENTIFICATION.** Naturalization applicants must bring their Alien Registration Card. All other applicants must bring a passport, driver's license, national ID, military ID, or State-issued photo ID. If you appear without proper identification, you will not be fingerprinted.

PLEASE DISREGARD THIS NOTICE IF YOUR APPLICATION HAS ALREADY BEEN GRANTED.

USCIS has a free booklet to help you study for the naturalization test. Ask about 'Learn About the United States: Quick Civics Lessons' when you go to have your fingerprints taken at the Application Support Center.

### REQUEST FOR RESCHEDULING

Please reschedule my appointment for the next available:   ☐ Wednesday afternoon   ☐ Saturday afternoon

USCIS cannot guarantee the day preferred, but will do so to the extent possible.
Upon receipt of your request, you will be provided a new appointment notice. Please mail your request to:

CIS SAN FRANCISCO
250 BROADWAY STREET
SAN FRANCISCO CA 94111

If you have any questions regarding this notice, please call 1-800-375-5283.   REPRESENTATIVE COPY

APPLICATION NUMBER
WSC*001861774

**WARNING!**
*Due to limited seating availability in our lobby areas, only persons who are necessary to assist with transportation or completing the fingerprint worksheet should accompany you.*

Department of Homeland Security
U.S. Citizenship and Immigration Service

**I-797, Notice of Action**

**THE UNITED STATES OF AMERICA**

| | |
|---|---|
| Request for Applicant to Appear for Naturalization Initial Interview | **NOTICE DATE** September 18, 2007 |
| **CASE TYPE** N400   Application For Naturalization | **USCIS A#** A 074 896 048 |
| **APPLICATION NUMBER** WSC*001861774 | **RECEIVED DATE** June 12, 2007 | **PRIORITY DATE** June 12, 2007 | **PAGE** 1 of 1 |

| APPLICANT NAME AND MAILING ADDRESS | Please come to: |
|---|---|
| CHIH LING CHOU<br>c/o MARTIN LAWLER<br>LAWLER & LAWLER<br>201 FILBERT ST STE 400<br>SAN FRANCISCO CA 94133 | USCIS SAN FRANCISCO FIELD OFFICE<br>630 SANSOME ST<br>2ND FLOOR RECEPTION<br>CITIZENSHIP<br>SAN FRANCISCO CA 94111<br>**On (Date):** Friday, November 09, 2007<br>**At (Time):** 08:45 AM |

You are hereby notified to appear for an interview on your Application for Naturalization at the date, time, and place indicated above. **Waiting room capacity is limited. Please do not arrive any earlier than 30 minutes before your scheduled appointment time.** The proceeding will take about two hours. If for any reason you cannot keep this appointment, return this letter immediately to the USCIS office address listed below with your explanation and a request for a new appointment; otherwise, no further action will be taken on your application.

If you are applying for citizenship for yourself, you will be tested on your knowledge of the government and history of the United States. You will also be tested on reading, writing, and speaking English, unless on the day you filed your application, you have been living in the United States for a total of at least 20 years as a lawful permanent resident and are over 50 years old, or you have been living in the United States for a total of 15 years as a lawful permanent resident and are over 55 years old, or unless you have a medically determinable disability (you must have filed form N648 Medical Certification for Disability Exception, with your N400 Application for Naturalization).

**You MUST BRING the following with you to the interview:**
- This letter.
- Your Alien Registration Card (green card).
- Any evidence of Selective Service Registration.
- Your passport and/or any other documents you used in connection with any entries into the United States.
- Those items noted below which are applicable to you:

If applying for NATURALIZATION AS THE SPOUSE of a United States Citizen;
- Your marriage certificate.
- Proof of death or divorce for each prior marriage of yourself or spouse.
- Your spouse's birth or naturalization certificate or certificate of citizenship.

If applying for NATURALIZATION as a member of the United States Armed Forces;
- Your discharge certificate, or form DD 214.

If copies of a document were submitted as evidence with your N400 application, the originals of those documents should be brought to the interview.

**PLEASE keep this appointment, even if you do not have all the items indicated above.**

If you have any questions or comments regarding this notice or the status of your case, please contact our office at the below address or customer service number. You will be notified separately about any other cases you may have filed.

USCIS has a free booklet to help you study for the naturalization test. Ask about 'Learn About the United States: Quick Civics Lessons' when you go to have your fingerprints taken at the Application Support Center.

**USCIS Office Address:**

U.S. CITIZENSHIP AND IMMIGRATION SERVICES
630 SANSOME ST
SAN FRANCISCO CA 94111-

**USCIS Customer Service Number:**
(800) 375-5283

REPRESENTATIVE COPY



Department of Homeland Security
U.S. Citizenship and Immigration Services

**I-797, Notice of Action**

# THE UNITED STATES OF AMERICA

| | |
|---|---|
| Interview Descheduled by USCIS | NOTICE DATE: October 26, 2007 |
| CASE TYPE: N400 Application For Naturalization | USCIS A#: A 074 896 048 |
| APPLICATION NUMBER: WSC*001861774 | RECEIVED DATE: June 12, 2007 — PRIORITY DATE: June 12, 2007 — PAGE: 1 of 1 |

APPLICANT NAME AND MAILING ADDRESS
CHIH LING CHOU
c/o MARTIN LAWLER
LAWLER & LAWLER
201 FILBERT ST STE 400
SAN FRANCISCO CA 94133

This is to advise you that, due to unforeseen circumstances, we have had to cancel the previously scheduled interview on Friday, November 09, 2007 at 08:45 AM for the above applicant. We regret any inconvenience this may cause.

We will advise you of any further action taken on this case, including any rescheduled interview information, under separate notice.

If you have any questions or comments regarding this notice or the status of your case, please contact our office at the below address or customer service number. You will be notified separately about any other cases you may have filed.

USCIS Office Address:
U.S. CITIZENSHIP AND IMMIGRATION SERVICES
630 SANSOME ST
SAN FRANCISCO CA 94111-

USCIS Customer Service Number:
(800) 375-5283



1  MARTIN J. LAWLER (CSBN 77127)
   Lawler & Lawler
2  201 Filbert Street, Suite 400
   San Francisco, California 94133
3  Telephone: (415) 391-2010
   FAX: (415) 781-6181
4  Email: mlawler@aboutvisas.com
         mbayley@aboutvisas.com
5
6  Attorney for Plaintiff
7
                UNITED STATES DISTRICT COURT
8
           FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
10 Chih Ling Chou                    )
11                                   )
   Plaintiff,                        )   Civil No.
12                                   )
        v.                           )   File No. A74 896 048
13                                   )   WSC*001861774
                                     )
14 Rosemary Melville, Director, U.S. )
   Citizenship & Immigration Services,)
15 San Francisco, CA District Office )
                                     )   CERTIFICATE OF INTERESTED
16 Christina Poulos, Director, U.S.  )   ENTITIES OR PERSONS
   Citizenship &Immigration Service, )
17 California Service Center         )
18                                   )
   Emilio T. Gonzalez, Director      )
19 U.S. Citizenship & Immigration Services, )
20                                   )
   Michael B. Mukasey, Attorney General, )
21 U.S. Department of Justice        )
                                     )
22 Defendants.                       )
                                     )
23
24
25
26
27
28

CERTIFICATE OF INTERESTED ENTITIES OR PERSONS
                    [-1-]

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## CERTIFICATE OF INTERESTED ENTITIES OR PERSONS

Pursuant to Civil Local Rule 3-16, the undersigned certifies that as of this date, other than named parties, there is no such interest to report.

Respectfully submitted,

DATED: March 31, 2008

*[signature]*

MARTIN J. LAWLER

```
 1   MARTIN J. LAWLER (CSBN 77127)
       Lawler & Lawler
 2     201 Filbert Street, Suite 400
       San Francisco, California 94133
 3     Telephone: (415) 391-2010
       FAX: (415) 781-6181
 4     Email: mlawler@aboutvisas.com
              mbayley@aboutvisas.com
 5
     Attorney for Plaintiff
 6
 7                     UNITED STATES DISTRICT COURT
 8                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
 9
10   Chih Ling Chou                          )
                                             )
11   Plaintiff,                              )   Civil No.
                                             )
12          v.                               )   File No. A74 896 048
                                             )   WSC*001861774
13                                           )
     Rosemary Melville, Director, U.S.       )
14   Citizenship & Immigration Services,    )
     San Francisco, CA District Office       )
15                                           )   CERTIFICATE OF SERVICE
     Christina Poulos, Director, U.S.        )
16   Citizenship & Immigration Service,      )
     California Service Center               )
17                                           )
18   Emilio T. Gonzalez, Director            )
     U.S. Citizenship & Immigration Services,)
19                                           )
20   Michael B. Mukasey, Attorney General,   )
     U.S. Department of Justice              )
21                                           )
     Defendants.                             )
22   _____ )
```

## CERTIFICATE OF SERVICE

23  The undersigned hereby certifies that she is an employee of Lawler & Lawler, is a person

25  of such age and discretion to be competent to serve legal papers, and that she is causing a true

27  copy of the following **Complaint for Declaratory Judgment of Naturalization** and all attached

Certificate of Service
                        Page 1

documents to be served on this date, via certified U.S. mail, postage pre-paid to the parties as addressed below:

| | |
|---|---|
| US Attorney's Office<br>U.S. Department of Justice<br>450 Golden Gate Ave<br>10th Floor, Box 36055<br>San Francisco, CA 94102 | Michael B. Mukasey, U.S. Attorney General<br>U.S. Department of Justice<br>950 Pennsylvania Ave., NW<br>Washington, DC 20530-0001 |
| Rosemary Melville, Director<br>USCIS<br>San Francisco Dist. Office<br>630 Sansome St.<br>San Francisco, CA 94111 | Emilio T. Gonzalez, Director<br>U.S. Citizenship & Immigration Services<br>20 Massachusetts Ave., NW<br>Washington, DC 20529 |

Christina Poulos, Director
U.S. Citizenship & Immigration Services
California Service Center
P.O. Box 30111
Laguna Niguel, CA 92607-0111

DATED: March 31, 2008                Respectfully submitted,

_____
MAXINE BAYLEY

Certificate of Service