AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
Northern District of California

E-Filing
E-filing

| Chih Ling Chou | ) |
|---|---|
| Plaintiff | ) |
| v. | ) Civil Action No. |
| Melville, et. al. | ) |
| Defendant | ) |

**Summons in a Civil Action**

To: Michael B. Mukasey, US Attorney General
       *(Defendant's name)*

A lawsuit has been filed against you.

Within __60__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Martin Lawler, Lawler & Lawler
201 Filbert Street, Suite 400
San Francisco, CA 94133

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: _____

Richard W. Wieking
Name of clerk of court

_____
Deputy clerk's signature

MARY ANN BUCKLEY

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*