1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  MELANIE L. PROCTOR (CSBN 228971)
   Melanie.Proctor@usdoj.gov
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102-3495
6     Telephone: (415) 436-6730
      FAX: (415) 436-7169
7
   Attorneys for Defendants
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHIH LING CHOU,               ) | No. C 08-1740 SC |
|                               ) | |
|                  Plaintiff,   ) | |
|                               ) | **STIPULATION TO EXTEND DATE OF** |
|         v.                    ) | **CASE MANAGEMENT CONFERENCE;** |
|                               ) | **AND [PROPOSED] ORDER** |
| ROSEMARY MELVILLE, Director, U.S. ) | |
| Citizenship and Immigration Services; et al., ) | |
|                               ) | |
|                  Defendants.  ) | |

Plaintiff, by and through her attorney of record, and Defendants by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to the following:

1. Plaintiff filed this action on or about April 1, 2008. Defendants' response is due on June 3, 2008.

2. Pursuant to this Court's April 1, 2008 Order Setting the Case Management Conference, the parties are required to file a joint case management statement on July 7, 2008, and attend a case management conference on July 11, 2008.

3. In order to allow sufficient time for Defendants to consider an alternative resolution to this case and/or Answer and prepare a joint case management statement, the parties hereby respectfully ask this Court to extend the dates in the Court's scheduling order as follows:

| | |
|---|---|
| Last day to file Defendants' Answer: | August 1, 2008 |
| Last day to file Joint ADR Certification: | August 15, 2008 |
| Last day to file/serve Joint Case Management Statement: | September 5, 2008 |
| Case Management Conference: | September 12, 2008, at 10:00 a.m. |

Dated: May 21, 2008

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

_____/s/_____
MELANIE L. PROCTOR[1]
Assistant United States Attorney
Attorneys for Defendants

Dated: May 21, 2008

_____/s/_____
MARTIN J. LAWLER
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: _____
SAMUEL CONTI
United States District Judge

---

[1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

STIP TO EXTEND
No. C 08-1740 SC                              2