1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  MELANIE L. PROCTOR (CSBN 228971)
   Melanie.Proctor@usdoj.gov
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102-3495
6     Telephone: (415) 436-6730
      FAX: (415) 436-7169
7
   Attorneys for Defendants
8
                   UNITED STATES DISTRICT COURT
9
                 NORTHERN DISTRICT OF CALIFORNIA
10
                     SAN FRANCISCO DIVISION
11

12  CHIH LING CHOU,                      )    No. C 08-1740 SC
                                         )
13                    Plaintiff,         )
                                         )
14         v.                            )    **STIPULATION TO EXTEND DATE OF**
                                         )    **CASE MANAGEMENT CONFERENCE;**
15  ROSEMARY MELVILLE, Director, U.S.    )    **AND [PROPOSED] ORDER**
    Citizenship and Immigration Services; et al., )
16                                       )
                      Defendants.        )
17  _____  )

18       Plaintiff, by and through her attorney of record, and Defendants by and through their

19  attorneys of record, hereby stipulate, subject to the approval of the Court, to the following:

20       1.  Plaintiff filed this action on or about April 1, 2008.  Defendants' response is due on

21  June 3, 2008.

22       2.  Pursuant to this Court's April 1, 2008 Order Setting the Case Management Conference,

23  the parties are required to file a joint case management statement on July 7, 2008, and attend a case

24  management conference on July 11, 2008.

25       3.  In order to allow sufficient time for Defendants to consider an alternative resolution to

26  this case and/or Answer and prepare a joint case management statement, the parties hereby

27  respectfully ask this Court to extend the dates in the Court's scheduling order as follows:

28

| | | |
|---|---|---|
| 1 | Last day to file Defendants' Answer: | August 1, 2008 |
| 2 | Last day to file Joint ADR Certification: | August 15, 2008 |
| 3 | Last day to file/serve Joint Case Management Statement: | September 5, 2008 |
| 4 | Case Management Conference: | ~~September 12, 2008, at 10:00 a.m.~~ |
| 5 | | September 19, 2008 at 10:00 a.m. |

Dated: May 21, 2008                    Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney


                                       _____/s/_____
                                       MELANIE L. PROCTOR[1]
                                       Assistant United States Attorney
                                       Attorneys for Defendants




Dated: May 21, 2008                    _____/s/_____
                                       MARTIN J. LAWLER
                                       Attorney for Plaintiff



## ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date:    6/4/08          _____
                         SAMUEL CONTI
                         United States District Judge

_____

[1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.