1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  MELANIE L. PROCTOR (CSBN 228971)
   Melanie.Proctor@usdoj.gov
4  Assistant United States Attorney

5      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
6      Telephone: (415) 436-6730
       FAX: (415) 436-7169
7
   Attorneys for Defendants
8
                    UNITED STATES DISTRICT COURT
9
                  NORTHERN DISTRICT OF CALIFORNIA
10
                      SAN FRANCISCO DIVISION
11

12 CHIH LING CHOU,                    )    No. C 08-1740 SC
                                       )
13                    Plaintiff,       )
                                       )
14         v.                          )
                                       )    ANSWER
15 ROSEMARY MELVILLE, Director, U.S.   )
   Citizenship and Immigration Services; et al., )
16                                     )
                      Defendants.      )
17 _____ )

18         Defendants hereby submit their answer to Plaintiff's Complaint for Declaratory Relief:

19         The first unnumbered paragraph of the Complaint consists of Plaintiff's characterizations of

20 this action, to which no response is required.  To the extent a response is required, Defendants deny

21 the allegations therein.

22         1.    Defendants admit that Plaintiff is a conditional resident of the United States, and

23 admit that her petition to remove the conditions on her residency has remained pending.  Defendants

24 deny the third sentence in Paragraph One.

25         2.    Defendants admit the allegations in Paragraph Two.

26         3.    Defendants admit the allegations in Paragraph Three.

27         4.    Defendants aver that the current Acting Director of United States Citizenship and

28 Immigration Services is Jonathan Scharfen.  Defendants admit the remaining allegations in

Paragraph Four.

5.      Defendants deny the allegations in Paragraph Five.

6.      Defendants deny the allegations in Paragraph Six.

7.      Defendants deny the allegations in Paragraph Seven.

8.      Defendants admit the allegations that are specifically stated in Paragraph Eight. To the extent Paragraph Eight incorporates a separate declaration, Defendants decline to answer and submit that the incorporation by reference violates Rule 8 of the Federal Rules of Civil Procedure.

9.      Defendants admit the allegations in Paragraph Nine.

10.      Defendants admit the allegations in Paragraph Ten.

11.      Defendants admit the allegations in Paragraph Eleven.

12.      Defendants admit the allegations in Paragraph Twelve.

13.      Defendants admit the allegations in Paragraph Thirteen.

14.      Defendants deny the allegations in Paragraph Fourteen.  Defendants aver that in an effort to facilitate the adjudication of the petition to remove the condition on Plaintiff's residency and that of her mother, on May 30, 2008, Defendant USCIS issued to the Plaintiff's mother an extensive and detailed Request for Additional Evidence ("RFE") to determine whether Plaintiff's mother has, in fact, fulfilled the Fifth Preference Employment-based ("EB-5") visa condition of investing at least $500,000 in a targeted area of employment or $1,000,000–if located elsewhere–in a new business enterprise that has generated at least 10 full time jobs for qualified United States workers.  To date, Plaintiff's mother has not responded to the RFE.

15.      Defendant deny the allegations in Paragraph Fifteen.

16.      Defendants deny the allegations in Paragraph Sixteen.

17.      Defendants lack sufficient information to admit or deny the allegations in Paragraph Seventeen, and on that basis, deny them.

18.      Defendants lack sufficient information to admit or deny the allegations in Paragraph Eighteen, and on that basis, deny them.

19.      Defendants deny the allegations in Paragraph Nineteen.

20.      Defendants deny the allegations in Paragraph Twenty.  Defendants further aver that

1  because Plaintiff has not been interviewed on her application, the 120 day period referred to in 8

2  U.S.C. § 1447(b) has not yet begun.

3          21.     Defendants deny the allegations in Paragraph Twenty-One.  Defendants aver that

4  because Plaintiff has not yet been examined on her application, she cannot seek relief pursuant to

5  8 U.S.C. § 1447(b).

6          The remaining paragraphs consist of Plaintiff's Prayer for Relief, to which not response is

7  required.  To the extent a response is required, Defendants deny the allegations therein.

8                          **AFFIRMATIVE AND/OR OTHER DEFENSES**

9          All allegations not here before specifically admitted, denied, or modified are hereby denied.

10  For further and separate answer, Defendants allege as follows:

11                              **FIRST AFFIRMATIVE DEFENSE**

12          The Court lacks jurisdiction over the subject matter of this action

13                             **SECOND AFFIRMATIVE DEFENSE**

14          The Complaint fails to state a claim against the Defendants upon which relief can be granted.

15                              **THIRD AFFIRMATIVE DEFENSE**

16          No acts or omissions by the United States or its employees were the proximate cause of any

17  injury or damages to the Plaintiff.

18                             **FOURTH AFFIRMATIVE DEFENSE**

19          At all times alleged in the Complaint, Defendants were acting with good faith, with

20  justification, and pursuant to authority.

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

1

## FIFTH AFFIRMATIVE DEFENSE

The Defendants are processing the applications referred to in the Complaint to the extent possible at this time.  Accordingly, no relief as prayed for is warranted.

Dated: August 1, 2008                                    Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney


                                                        _____/s/_____
                                                        MELANIE L. PROCTOR
                                                        Assistant United States Attorney
                                                        Attorneys for Defendants