1   JOSEPH P. RUSSONIELLO (CSBN 44332)
    United States Attorney
2   JOANN M. SWANSON (CSBN 88143)
    Chief, Civil Division
3   MELANIE L. PROCTOR (CSBN 228971)
    Melanie.Proctor@usdoj.gov
4   Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102-3495
6     Telephone: (415) 436-6730
      FAX: (415) 436-7169
7
  Attorneys for Defendants
8
            UNITED STATES DISTRICT COURT
9
           NORTHERN DISTRICT OF CALIFORNIA
10
             SAN FRANCISCO DIVISION
11

| | | |
|---|---|---|
| 12 CHIH LING CHOU, | ) | No. C 08-1740 SC |
| | ) | |
| 13           Plaintiff, | ) | |
| | ) | |
| 14   v. | ) | |
| | ) | NOTICE OF UNAVAILABILITY |
| 15 ROSEMARY MELVILLE, Director, U.S. | ) | |
| Citizenship and Immigration Services; et al., | ) | |
| 16 | ) | |
|           Defendants. | ) | |
| 17 ———————————————————— | ) | |

18         Defendants' counsel will be unavailable from August 4-8, 2008, and August 18-29, 2008.

19   Please be advised that scheduling hearings during these dates of unavailability may be sanctionable.

20   <u>Tenderloin Housing Clinics v. Sparks</u>, 8 Cal. App. 4th 299, 20-305 (1992).

21   Dated: August 1, 2008               Respectfully submitted,

22                                   JOSEPH P. RUSSONIELLO
                                United States Attorney
23

24                               _____/s/_____
                                MELANIE L. PROCTOR
25                                 Assistant United States Attorney
                                Attorneys for Defendants
26

27

28