1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  MELANIE L. PROCTOR (CSBN 228971)
   Melanie.Proctor@usdoj.gov
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102-3495
6     Telephone: (415) 436-6730
      FAX: (415) 436-7169
7
   Attorneys for Defendants
8
                   UNITED STATES DISTRICT COURT
9
                  NORTHERN DISTRICT OF CALIFORNIA
10
                       SAN FRANCISCO DIVISION
11

12 CHIH LING CHOU,                          )   No. C 08-1740 SC
                                            )
13                  Plaintiff,              )
                                            )   JOINT MOTION TO BE EXEMPT FROM
14         v.                               )   FORMAL ADR PROCESS
                                            )
15 ROSEMARY MELVILLE, Director, U.S.        )
   Citizenship and Immigration Services; et al., )
16                                          )
                    Defendants.             )
17 _____  )

18         Plaintiff, by and through her attorney of record, and Defendants by and through their

19 attorneys of record, hereby stipulate, subject to the approval of the Court, to the following:

20         Each of the undersigned certifies that he or she has read either the handbook entitled

21 "Dispute Resolution Procedures in the Northern District of California," or the specified portions of

22 the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute

23 resolution options provided by the court and private entities, and considered whether this case might

24 benefit from any of them.

25         Here, the parties agree that referral to a formal ADR process will not be beneficial because

26 this mandamus action is limited to Plaintiff's request that this Court compel Defendants to

27 adjudicate her application for naturalization. Given the substance of the action and the lack of any

28 potential middle ground, ADR will only serve to multiply the proceedings and unnecessarily tax

JOINT MOTION
No. C 08-1740 SC

court resources. Accordingly, pursuant to ADR L.R. 3-3(c), the parties request the case be removed from the ADR Multi-Option Program and that they be excused from participating in the ADR phone conference and any further formal ADR process.

Dated: August 14, 2008

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

_____/s/_____
MELANIE L. PROCTOR[1]
Assistant United States Attorney
Attorneys for Defendants

Dated: August 14, 2008

_____/s/_____
MARTIN J. LAWLER
Attorney for Plaintiff

**ORDER**

Pursuant to the agreement of the parties, IT IS SO ORDERED.

Date: 8/18/08

_____
SAMUEL CONTI
United States District Judge

---

[1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.