JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MELANIE L. PROCTOR (CSBN 228971)
Melanie.Proctor@usdoj.gov
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6730
    FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHIH LING CHOU, ) <br> ) <br>            Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ROSEMARY MELVILLE, Director, U.S. ) <br> Citizenship and Immigration Services; et al., ) <br> ) <br>            Defendants. ) <br> ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯ ) | No. C 08-1740 SC <br><br> JOINT CASE MANAGEMENT STATEMENT <br><br> Date:      September 19, 2008 <br> Time:      10:00 a.m. <br> Courtroom:  1 |

    1.     Jurisdiction and Service: Plaintiff brought this Complaint under 28 U.S.C. §§ 1331, 1361 and 2201, and 5 U.S.C. § 701 et seq., the Administrative Procedure Act. All parties have been served. Defendants assert that the Court lacks subject matter jurisdiction.

    2.     Facts: The parties agree to the following facts: On June 12, 2007, Plaintiff applied for naturalization. On April 1, 2008, Plaintiff filed the instant Complaint.

    3.     Legal Issues: Defendants argue that the Court lacks jurisdiction over the subject matter of this action; in the alternative, Defendants argue the delay in this case was not unreasonable as a matter of law.

    4.     Motions: The parties intend to file cross motions for summary judgment.

    5.     Amendment of Pleadings: None.

    6.     Evidence Preservation: None.

7.   Disclosures: The parties agree that this Court's review will be confined to the administrative record and therefore this proceeding is exempt from the initial disclosure requirements under Fed. R. Civ. P. 26.

8.   Discovery: There has been no discovery to date.

9.   Class Actions: Not applicable.

10.  Related Cases: None.

11.  Relief: Plaintiff asks that the Court compel Defendants to adjudicate her application for naturalization, and asks for an award of attorneys' fees. This case does not involve damages.

12.  Settlement and ADR: On August 18, 2008, the Court granted the parties' Joint Request to Be Exempt From the Formal ADR Process.

13. Consent to Magistrate Judge for All Purposes: The parties do not consent to assignment of this case to a United States Magistrate Judge.

14. Other References: None.

15. Narrowing of Issues: None.

16. Expedited Schedule: The parties believe this matter can be solved through the motions.

17. Scheduling: The parties propose the following scheduling:

| | |
|---|---|
| Defendants' Motion for Summary Judgment: | October 31, 2008 |
| Plaintiff's Opposition and Cross Motion: | November 14, 2008 |
| Defendants' Opposition and Reply: | November 21, 2008 |
| Plaintiff's Reply: | December 5, 2008 |
| Hearing: | December 19, 2008, at 10:00 a.m. |

18. Trial: None.

19. Disclosure of Non-party Interested Entities or Persons: None.

///
///
///
///
///

20. Such other matters as may facilitate the just, speedy and inexpensive disposition of this matter: None.

Dated: September 5, 2008                    Respectfully submitted,

                                            JOSEPH P. RUSSONIELLO
                                            United States Attorney


                                            _____/s/_____
                                            MELANIE L. PROCTOR[1]
                                            Assistant United States Attorney
                                            Attorneys for Defendants


Dated: September 4, 2008                    _____/s/_____
                                            MARTIN J. LAWLER
                                            Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED. The Joint Case Management Statement and Proposed Order are hereby adopted by the Court as the Case Management Order for the case.

Date: _____

                                            SAMUEL CONTI
                                            United States District Judge

---

[1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.